UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*<br><br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC.,<br>           Plaintiff.<br>v.<br><br>BARCLAYS CAPITAL, INC.,<br>           Defendant. | Adv. Proc. No. 09-01731 (JMP) |

**ERRATA ORDER**

The Decision Denying Motion of Lehman Brothers Holdings Inc. for Summary Judgment and Granting Motion of Barclays Capital, Inc. for Summary Judgment on Count II of Adversary Complaint, ECF No. 23, is hereby corrected as follows:

The first sentence of the decision is corrected to read: "The Court heard oral argument on September 7, 2011 on pending cross-motions for summary judgment in relation to breach of contract claims stated in Count II of the adversary complaint."

The first sentence of the last paragraph on page 3 is corrected to read: "On February 22, 2011, the Court issued the 60(b) Opinion."

A corrected version of the decision is attached as Exhibit A.

IT IS SO ORDERED.

Dated: New York, New York
       September 15, 2011

                              *s/ James M. Peck*
                              HONORABLE JAMES M. PECK
                              UNITED STATES BANKRUPTCY JUDGE